[Crim. No. 2622. Second Appellate District, Division Two.—October 18, 1934.]

In the Matter of the Application of PHILIP J. GUERTIN for a Writ of Habeas Corpus.

Gladys Towles Root for Petitioner.

Buron Fitts, District Attorney, and Tracy Chatfield Becker, Deputy District Attorney, for Respondent.

DESMOND, J.— The facts in this case parallel those in *In re Fisher*, this day decided (*ante,* p. 449 [36 Pac. (2d) 841]), and for the reasons set forth as the basis of our decision in that case the writ herein is discharged and the petitioner remanded.

Stephens, P. J., concurred.